UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JANE DOE and JOHN DOE SR., individually and as parents and natural guardians of John Doe, an infant,

Plaintiffs,

DNH/ML
1:22-CV-700 ( )

-against-

**NOTICE OF REMOVAL**

BOARD OF EDUCATION OF NORTH COLONIE CENTRAL SCHOOL DISTRICT, NORTH COLONIE CENTRAL SCHOOL DISTRICT, SHAKER CAPITALS LACROSSE CLUB, INC., SUPERINTENDENT D. JOSEPH CORR, in his individual and official capacity, GARRETT COUTURE, in his individual and official capacity, SHAWN HENNESSEY, in his individual and official capacity, JOSEPH POLLICINO, in his individual and official capacity, CLAYTON HOWELL, in his individual and official capacity, ABBEY NORTH, in her individual and official capacity, and THOMAS JOHN KARL, in his individual and official capacity,

Defendants.

---

PLEASE TAKE NOTICE, that pursuant to 28 U.S.C. §§§§ 1331, 1367, 1441, and 1446, Defendants Board of Education of North Colonie Central School District, North Colonie Central School District, D. Joseph Corr, and Abbey North ("Defendants"), by and through their attorneys, Girvin & Ferlazzo, P.C., hereby file this Notice of Removal of the above-described action from the Supreme Court of the State of New York, County of Albany, to this Court. In support of this Notice of Removal, Defendants state as follows:

1. On or about May 11, 2022, Plaintiffs commenced an action in the Supreme Court, State of New York, County of Albany (the "State Action"), via the filing of a Summons with Notice bearing Index Number 903608-22, a copy of which is attached hereto as **Exhibit "A"**.

2. The Summons with Notice was served upon Defendants Board of Education of North Colonie Central School District and North Colonie Central School District (collectively, the "School District") on June 10, 2022 (although Plaintiffs have not served an Affidavit of Service on the School District or filed such an affidavit with the Supreme Court in the State Action).

3. Upon information and belief, after June 10, 2022, Plaintiff completed or has attempted to complete service of the Summons with Notice on the remaining defendants in the State Action.

4. The Summons with Notice constitutes all process, pleadings and orders served upon the School District to date in the State Action. A copy of the court's docket in the State Action is attached hereto as **Exhibit "B".**

**Basis for Removal and Jurisdiction**

5. Pursuant to 28 U.S.C. § 1441(a), an action may be removed to a federal court embracing the state court where the action is pending if a federal court would have had original jurisdiction over the action had it been originally filed in federal court.

6. Pursuant to 28 U.S.C. § 1331, federal courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."

7. As alleged in the Summons with Notice, Plaintiffs' first and second causes of action (a and b) arise under the First Amendment of the United States Constitution and 42 U.S.C. §1983, and Plaintiffs' third, fourth and fifth causes of action (c, d and e) arise under the Fourteenth Amendment of the United States Constitution and 42 U.S.C. §1983. Therefore, this Court has original jurisdiction over these claims.

8. Pursuant to 28 U.S.C. § 1367(a), "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other

claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

9. As alleged in the Summons with Notice, Plaintiffs' remaining causes of action (f through n), which sound in tort and arise under New York State law, are so related to the Plaintiffs' first five causes of action under 42 U.S.C. §1983 and the First and Fourteenth Amendments of the United States Constitution over which the federal courts have original jurisdiction, that they form the same case and controversy under Article III of the United States Constitution.

10. Pursuant to 28 U.S.C. § 1367(c), there is no basis for the federal courts to decline to exercise supplemental jurisdiction over Plaintiffs' remaining causes of action (f through n) under 28 U.S.C § 1367(a), as: (1) the claims do not raise a novel or complex issue of state law; (2) the claims do not substantially predominate over the claims over which the district court has original jurisdiction; (3) the District Court has not dismissed all claims over which it has original jurisdiction; and (4) there are no exceptional circumstances or other compelling reasons for declining jurisdiction.

11. Accordingly, the District Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a), because it is a civil action arising under the Constitution, laws, or treaties of the United States, and the claims raised in the Summons with Notice are so related that they form the same case and controversy under Article III of the United States Constitution.

12. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a), because the Northern District of New York is the district embracing the place where the State Action is now pending.

13. Removal is timely because this Notice of Removal has been filed within thirty (30) days of service of the Summons with Notice on the School District. *See* 28 U.S.C. § 1446(b).

14. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide Plaintiffs with written notice of the filing of this Notice of Removal and will file a copy of this Notice of Removal in the State Action.

15. By filing this Notice of Removal, Defendants do not waive any defenses that may be available to them.

16. The remaining defendants in the State Action consent to the removal of this case to this Court.

WHEREFORE, pursuant to 28 U.S.C. § 1441 and 1446, Defendants respectfully request that the action currently pending against them in the Supreme Court, State of New York, County of Albany, be removed to this Court.

Dated: June 30, 2022
Albany, New York

Respectfully submitted,

GIRVIN & FERLAZZO, P.C.

Patrick J. Fitzgerald, Esq. (511103)
Scott P. Quesnel (513710)
*Attorneys for Defendants Board of Education of North Colonie Central School District, North Colonie Central School District, D. Joseph Corr, and Abbey North*
20 Corporate Woods Blvd.
Albany, New York 12211
Telephone: (518) 462-0300
Email: pjf@girvinlaw.com
Email: spq@girvinlaw.com

Removal consented to by:

THE REHFUSS LAW FIRM

By____________________________

Stephen Rehfuss, Esq. (102421)
*Attorneys for Defendants Shaker Capitals Lacrosse Club, Inc., Garrett Couture, Shawn Hennessey, Joseph Pollicino and Thomas John Karl*
40 British American Boulevard
Latham, New York 12110
Telephone: (518) 713-2144
Email: srehfuss@rehfusslaw.com

THE LAW OFFICE OF REBECCA M. BAUSCHER

By____________________________

Rebecca M. Bauscher, Esq. (__________)
*Attorney for Defendant Clayton Howell*
668 Madison Avenue
Albany, New York 12208
Telephone: 518-426-4786
Email: rbauscher@icloud.com

With a copy to:

FINN LAW OFFICES
Ryan M. Finn, Esq.
*Attorney for Plaintiffs*
*P.O. Box 966*
*Albany, New York 12201*
Telephone: 518-928-1152
Email: ryan@lawfinn.com

Removal consented to by:

THE REHFUSS LAW FIRM

By______________________________
Stephen Rehfuss, Esq. (__________)
*Attorneys for Defendants Shaker Capitals Lacrosse Club, Inc., Garrett Couture, Shawn Hennessey, Joseph Pollicino and Thomas John Karl*
40 British American Boulevard
Latham, New York 12110
Telephone: (518) 713-2144
Email: srehfuss@rehfusslaw.com

THE LAW OFFICE OF REBECCA M. BAUSCHER

By______________________________
Rebecca M. Bauscher, Esq. (106040)
*Attorney for Defendant Clayton Howell*
668 Madison Avenue
Albany, New York 12208
Telephone: 518-426-4786
Email: rbauscher@icloud.com

With a copy to:

FINN LAW OFFICES
Ryan M. Finn, Esq.
*Attorney for Plaintiffs*
*P.O. Box 966*
*Albany, New York 12201*
Telephone: 518-928-1152
Email: ryan@lawfinn.com