# FINN LAW OFFICES

P.O. Box 966
Albany, NY 12201
518.928.1152
Fax: 518.677.1155

FINN LAW

May 2, 2023

**VIA ECF FILING**

Hon. David N. Hurd
Alexander Pirnie U.S. Courthouse
10 Broad Street
Utica, NY 13501

RE: Doe v. Board of Education of North Colonie Central School District, et. al.
Case No. 1:22-cv-700

Judge Hurd:

The undersigned represents plaintiffs in the above-captioned matter.

Today I received an ECF notification dismissing the case with prejudice due to my failure to file an Amended Complaint. In reviewing my emails I realized that the ECF entries from April 6, 2023 went to my spam folder and unfortunately I did not see them. I respectfully ask that I be given a very brief extension to file an Amended Complaint. I could have the Amended pleading filed by tomorrow.

Respectfully Submitted,

Ryan M. Finn, Esq.
Ryan@LawFinn.com